UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                         Case

Laborers Pension Fund and Laborers Welfare Fund, et al.
v.
Albert Wendt Construction Co., and Sherry L. Wendt

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Laborers' Pension Fund and Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, and James S. Jorgensen, Administrator of the Funds

```
FILED: AUGUST 25, 2008
08CV4847
JUDGE COAR
MAGISTRATE JUDGE NOLAN
YM
```

| | |
|---|---|
| SIGNATURE  /s/ Charles Ingrassia | |
| FIRM  Office of Fund Counsel, Laborers' Pension and Welfare Funds | |
| STREET ADDRESS  111 W. Jackson Blvd., Suite 1415 | |
| CITY/STATE/ZIP  Chicago, IL  60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6289806 | TELEPHONE NUMBER  312/692-1540 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |

Case 1:08-cv-04847    Document 7    Filed 08/25/2008    Page 2 of 2