## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4847                     Assigned/Issued By: j. n.

Judge Name: coar                          Designated Magistrate Judge: nolan

### FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350                          Receipt #: 3048214

Date Payment Rec'd: 8-25-08               Fiscal Clerk: j. n.

### ISSUANCES

☑ Summons                                 ☐ Alias Summons
☐ Third Party Summons                     ☐ Lis Pendens
☐ Non Wage Garnishment Summons            ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
                                          (Victim, Against and $ Amount)
☐ Citation to Discover Assets
                                          ☐ Other
☐ Writ _____
        (Type of Writ)                    (Type of issuance)

2   Original and  0   copies on  8-25-08   as to  all defendants
                                 (Date)