UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**LABORERS' PENSION FUND; ET AL**

PLAINTIFF(S)

Case No.
**08 CV 4847**

vs.

**ALBERT WENDT CONSTRUCTION CO., AND SHERRY L. WENDT**

DEFENDANT(S)

SERVICE DOCUMENTS:
**SUMMONS & COMPLAINT**

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On **Sep 02, 2008**, at **11:28 AM**, I served the above described documents upon **ALBERT WENDT CONSTRUCTION CO.** as shown below:

**CORPORATE SERVICE** was made by leaving a true and correct copy of the documents with **MICHAEL ALLEN / ATTORNEY**, an officer, managing agent or authorized agent of the within named company.

Said service was effected at **200 W. ADAMS ST., STE 2600, CHICAGO, IL 60606.**

**DESCRIPTION:** Gender: **M**   Race: **WHITE**   Age: **40**   Hgt: **5'10"**   Wgt: **175**   Hair: **BROWN**   Glasses: **NO**

I declare under penalties of perjury that the information contained herein is true and correct.

**Robert D Fairbanks, Lic #: 117-001119**
**Judicial Attorney Services, Inc.**
**2100 Manchester Rd., Ste 900**
**Wheaton, IL 60187**
**(630) 221-9007**

SUBSCRIBED AND SWORN to before me this 2nd day of September, 2008

*Joan C. Harenberg*

```
OFFICIAL SEAL
JOAN C HARENBERG
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/13/09
```

NOTARY PUBLIC

CLIENT NAME:
**Laborers Pension and Welfare Funds***
**FILE #:**

ORIGINAL PROOF OF SERVICE

TRACKING #
**40798**